County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of JODIE L. SUBER, Appellant, v WALTER J. MORSE, Respondent. (Appeal No. 16.) [3 NYS3d 675]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of DIANE M. DEBOSE, Appellant, v JERMAINE L. HOLLOMAN, Respondent. (Appeal No. 17.) [3 NYS3d 676]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of CORA J. DOUGLAS, Appellant, v MICHAEL I. ADAMSON, Respondent. (Appeal No. 18.) [3 NYS3d 676]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of CAILEY A. RUSSO, Appellant, v PAUL A. RUSSO, Respondent. (Appeal No. 19.) [3 NYS3d 677]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of AMANDA J. WILLIAMS, Appellant, v JULIE N. SWARTZ, Respondent. (Appeal No. 20.) [3 NYS3d 677]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Matter of Chautauqua County Dept. of Health & Human Servs. v Matteson*, 126 AD3d 1338 [2015]). Present—Scudder, P.J., Smith, Centra, Lindley and Valentino, JJ.

■ In the Matter of CHAUTAUQUA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, on Behalf of BENJAMIN S. DAHLIN, Appellant, v LINDSAY R. DAHLIN, Respondent. (Appeal No. 21.) [3 NYS3d 678]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered October 17, 2013 in a proceeding pursuant to Family Court Act article 4. The order dismissed the objection of the Chautauqua County Department of Health and Human Services and affirmed the order of the Support Magistrate.

It is hereby ordered that the order so appealed from is